UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x

SUMMIT SKY ADVISORY, LLC,

                Plaintiff,

   -against-                             ORDER

SWIFT AIR, LLC,                    20 Civ. 9054 (GBD)

                Defendant.

------------------------------------------------- x

GEORGE B. DANIELS, District Judge:

      The initial conference scheduled to occur on February 16, 2021 at 9:30 a.m. is hereby cancelled. A status conference is set for April 20, 2021 at 9:45 a.m.

Dated: February 10, 2021
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE